PLAINTIFF'S EXHIBIT A

docusign

## Certificate Of Completion

Envelope Id: 691B9B27-1B90-818B-8370-80B0BA9339FC
Status: Sent
Subject: Contract Signing Request
Source Envelope:
Document Pages: 39
Signatures: 0
Certificate Pages: 8
Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Envelope Originator:
Freedom Debt Relief
1875 S Grant St
Ste 400
San Mateo, CA 94402
fdr-srv-engineering@freedomdebtrelief.com
IP Address: 34.134.82.137

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>4/10/2026 11:49:37 AM | Holder: Freedom Debt Relief<br>fdr-srv-engineering@freedomdebtrelief.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Dean Hill<br>adeanhill799@gmail.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 4/10/2026 11:50:14 AM<br>ID: f77cf40d-f13f-4692-9aa5-a50789cec3a8 | | Sent: 4/10/2026 11:49:42 AM<br>Viewed: 4/10/2026 11:50:14 AM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| American-Daisy Reyes<br>daisy@americanonefinancial.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/10/2026 11:49:42 AM |
| Certified Delivered | Security Checked | 4/10/2026 11:50:14 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**