PLAINTIFF'S EXHIBIT
B

# POWER of ATTORNEY

## KNOW BY ALL PRESENT:

The undersigned, and each of them, hereby appoints **McCarthy Law PLC ("Law Firm")** as attorney-in-fact to do the acts described in this Power of Attorney. The undersigned, and each of them, hereby appoints Law Firm as attorney-at-law to represent them in court or other legal proceedings in connection with any and all debts allegedly due and owing in the name(s) of the undersigned.

Law Firm (and/or its designees) is hereby authorized to act as attorney and legal representative in connection withany and all negotiation, modification, reduction, settlement, or payment on any and all debts allegedly due and owing in the name(s) of the undersigned.

Law Firm is fully authorized to request and receive confidential credit and account information from creditors, credit bureaus, collection agencies, creditor attorneys or any other third parties who may be in possession of such information and could be viewed by the undersigned personally.

This Power of Attorney revokes all earlier Power of Attorney given by, or on behalf of, the undersigned relating to all communications of creditors' claims and shall be effective and binding on the undersigned until revoked by an instrument in writing executed by the undersigned.

Law Firm is fully authorized to release a copy of this Power of Attorney as it, in its sole discretion, deems appropriate. A copy of this Power of Attorney shall be deemed as effective as original.

Agent: **McCarthy Law PLC**
**9200 E. Pima Center Parkway, Suite 300**
**Scottsdale, AZ 85258**
**(602) 456-8899 Office**
**www.McCarthyLawyer.com**

| Client Name (Printed) | Client Signature | | Date |
|---|---|---|---|
| Dean Hill | x | | |
| Street | City | State | Zip |
| 910 Spruce Ln | Princeton | TX | 75407 |