**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**PLANO DIVISION**

| | | |
|---|---|---|
| **ADEAN HILL, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:26CV554 ALM/BD** |
| | § | |
| **AMERICAN ONE FINANCIAL INC,** a California Corporation, **FREEDOM DEBT RELIEF LLC,** a Delaware Limited Liability Company, **and MCCARTHY LAW PLC,** an Arizona Professional Limited Liability Company | § § § § § § § | |
| | § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT FREEDOM DEBT RELIEF'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this day, the Court heard Defendant Freedom Debt Relief LLC's Motion to Dismiss and/or Strike Plaintiff's Complaint in the above-captioned mater, due notice having been given, and for good cause shown:

[Alternative 1]:

It is therefore **ORDERED** that Defendant Freedom Debt Relief LLC's Motion to Dismiss is **GRANTED**, and Freedom Debt Relief LLC is **DISMISSED** from this action with prejudice**.**

[Alternative 2]:

It is therefore **ORDERED** that Defendant Freedom Debt Relief LLC's Motion to Strike is **GRANTED**, and the following language is **STRICKEN** from the Complaint:

1. The words "and texts" from Paragraph 7(b);

2. Paragraphs 19 and 20 from the FAC in their entirety;

3. The words “and attorney’s fees” from Paragraphs 30, 136, and subsections M and N of the Prayer for Relief;

4. The words “reasonable and necessary attorney’s fees” from Paragraphs 43 and 154; and

5. Paragraphs 81 and 82 from the FAC in their entirety.