**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ADEAN HILL, JR.** | § | |
| | § | |
| **v.** | § | **NO. 4:26-CV-00554-ALM-BD** |
| | § | |
| **AMERICAN ONE FINANCIAL INC.,** | § | |
| ***et al.*** | § | |

**ORDER**

Pro se plaintiff Adean Hill, Jr., filed an amended complaint, Dkt. 13, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). The amended complaint, Dkt. 13, supersedes the original complaint, Dkt. 1; *see New Orleans Ass'n of Cemetery Tour Guides & Cos. v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1033 (5th Cir. 2023), rendering Freedom Debt Relief LLC's first motion to dismiss, Dkt. 11, moot.

It is **ORDERED** that Freedom Debt Relief LLC's first motion to dismiss, Dkt. 11, is **DISMISSED AS MOOT**.

So **ORDERED** and **SIGNED** this 2nd day of October, 2026.

Bill Davis
United States Magistrate Judge