**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**PLANO DIVISION**

| | |
|---|---|
| Adean Hill Jr.,<br>Plaintiff,<br>v.<br><br>American One Financial, Inc.; Freedom Debt Relief LLC; and McCarthy Law PLC,<br><br>Defendants. | Case No.: 4:26-cv-00554-ALM-BD<br><br>**ORDER GRANTING MCCARTHY LAW PLC'S MOTION TO DISMISS** |

Having considered Defendant McCarthy Law PLC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) and Rule 12(b)(1), for the reasons stated therein, the motion is GRANTED.

Plaintiff's First Amended Complaint is dismissed with prejudice.